TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROBERT BUCKLEY HARDY, Defendant. | FELONY COMPLAINT<br><br>MAGIS NO. 2:25mj122 CMR<br><br>VIOS. COUNT 1, 18 U.S.C. § 2113(a), BANK ROBBERY. |

**COUNT 1**
(Bank Robbery)
18 U.S.C. § 2113(a).

On or about February 6, 2025, in the District of Utah,

**ROBERT BUCKLEY HARDY**,

the defendant herein, by force, violence, and intimidation did take from the person and

presence of others, employees of the Chase Bank, located at 2855 East 3300 South, Salt

Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control,

management, and possession of the Chase Bank, a bank whose deposits are and on the

date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDIC); all in violation of 18 U.S.C. § 2113(a).

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

I, Steven S. Hymas, being first duly sworn, depose and say:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation currently assigned to the Violent Crimes squad in the Salt Lake City field office. The information contained in this complaint is based on an investigation conducted by me along with other agents and officers from the Cottonwood Heights and Unified Police Departments (CHPD) and (UPD).

2. On January 30, 2025, at approximately 3:17 p.m., a white male entered the Chase Bank located at 7045 south 1300 East, Cottonwood Heights. The male had a long grey beard with darker hair high on his cheek bones. He was wearing brown boots, brown pants and a blue jacket. The male asked the bank teller if an appointment was necessary and was told no. The male handed the teller a manilla envelope with several documents and left the bank.

3. The documents which were handed to the tellers talked about several United States and government dealings regarding money laundering, drug trafficking, sex trafficking, and corruption. One document also stated to "assume that this is an active bomb threat."

4. Specifically, one document in the package read "I need $2001 for it to be considered a felony and get the un-kompromised FBI bank robbery division to respond."

5. On February 6, 2025 at approximately 2:04 p.m. the same male entered and robbed the Olympus branch of Chase Bank located at 2855 East 3300 South, Salt Lake City, Utah. The male was described as an older white male with the same long grey beard with darker hair high on his cheek bones. He wore brown boots, brown pants and a blue jacket. The male approached a teller and initially asked if he could open an account. The teller advised that the employee that could help him was out but would be back shortly. The male then left the bank.

6. A short time later, the male returned to the bank and again approached the teller. The male told the teller it was a robbery and gave her various manilla envelopes with documents inside and a typed note. The note read, "Poor people steal because they are hungry. Rich people steal because they are greedy." "I need this evidence chain in the hands of the FBI bank robbery division and the local and federal police." "Please stuff at least $2001 into the bag for me. And make certain the FBI gets this."

7. The teller read the note, took $2001.00 from her till and gave it to the male. The male stated that he was sorry and left the bank.

8. After the robbery on February 6, 2025, law enforcement agents reviewed still images of the suspect from both the Cottonwood Heights and Olympus Chase banks. Agents and officers reviewed a Utah Driver License photo of Robert

Buckley Hardy. Hardy has identical physical characteristics as the suspect, including having a long grey beard with darker hair high on his cheek bones.

9. Officers from the UPD were able to determine a current residential address for Hardy and drove to the address. UPD Officers located Hardy, and recognized Hardy as the suspect from the surveillance video and images from both Chase bank locations. Hardy was taken into custody without incident.

10. During a post-Miranda interview, Hardy stated he did what he did to get his message out to the public. Hardy admitted to dropping off the packages at the banks and leaving enough information for law enforcement to identify him. Hardy stated that he asked for the specific dollar amount of $2001, because of the effect September 11, 2001 had on him. He further stated that he did not want to cause anyone any harm.

11. At the time of the robbery, Chase Bank was insured by the Federal Deposit Insurance Corporation.

12. Based on the foregoing information, your affiant respectfully requests that a complaint and arrest warrant be issued for Robert Buckley Hardy for violations of 18 U.S.C Section 2113(a).

Dated this 7th day of February 2025.

_____
STEVEN S. HYMAS
Special Agent Federal Bureau of Investigation

Subscribed and sworn to before me, this __7th__ day of October 2023.

_____
CECILIA M. ROMERO
United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney