TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

FILED US District Court-UT
FEB 12 '25 PM03:14

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT BUCKLEY HARDY, <br><br> Defendant. | INDICTMENT <br><br> VIO. COUNT 1, 18 U.S.C. § 2113(a), BANK ROBBERY <br><br> Case: 2:25-cr-00040 <br> Assigned To : Parrish, Jill N. <br> Assign. Date : 2/11/2025 |

The Grand Jury Charges:

### COUNT 1
(Bank Robbery)
18 U.S.C. § 2113(a).

On or about February 6, 2025, in the District of Utah,

**ROBERT BUCKLEY HARDY,**

the defendant herein, by force, violence, and intimidation did take from the person and

presence of others, employees of the Chase Bank, located at 2855 East 3300 South Salt

Lake City, Utah, U.S. currency, belonging to and in the care, custody, control,

1

management, and possession of the Chase Bank, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDIC); all in violation of 18 U. S. C. § 2113(a).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney

2