# United States District Court

for the

**District of Utah**

UNITED STATES OF AMERICA

V.                                                    Case No: 2:25cr00040 JNP

**Robert Buckley Hardy**

## ARREST WARRANT

To:   The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   ROBERT BUCKLEY HARDY                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment      [ ] Superseding Indictment      [ ] Information      [ ] Superseding Information

[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Bank Robbery**

**WARRANT**

in violation of   **18:2113(a)**                                                    United States Code.

Gary P. Serdar                                         Clerk of Court
Name of Issuing Officer                                Title of Issuing Officer

*Amy Faust*                                            February 12, 2025 at Salt Lake City, Utah
Signature of Issuing Officer                           Date and Location

By:    Amy Faust
Deputy Clerk

Bail fixed _____ by _____
                                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |