IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BUCKLEY HARDY,<br><br>Defendant. | **ORDER TO CONTINUE JURY TRIAL**<br><br><br>Case No. 2:25-cr-00040-JNP |

Based on the Motion to Continue Jury Trial filed by Defendant, in the above-entitled case, and for good cause appearing, the court makes the following findings:

1. Mr. Hardy appeared before the court for his initial appearance and was originally arraigned on February 25, 2025, before Magistrate Judge Cecilia M. Romero. A three-day Jury Trial was scheduled for May 2, 2025, which was within the time allowed under the Speedy Trial Act.

2. Defendant has moved to continue trial pursuant to 18 U.S.C. § 3161(h)(7). This is Mr. Hardy's first request for a continuance of the trial in this matter and is made in good faith and not merely for the purpose of delay.

3. The length of the delay requested is 90 days.

4. Specifically, defendant alleged that the continuance is necessary because not granting the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The supporting facts for this motion are as follows:

    a. Defense counsel requires additional time to review discovery, complete its investigation, assess the merits of possible pretrial motions and meet and confer with Mr. Hardy. Mr. Hardy was recently transported to the Nevada Southern Detention Center making visits difficult.

    b. The requested 90-days would afford defense counsel the time necessary to achieve these goals and provide Mr. Hardy with his right to effective assistance of counsel under the Sixth Amendment to the United States Constitution.

6. Counsel for the government, Carlos Esqueda, has been contacted and stipulates to a continuance based on the foregoing bases.

7. Mr. Hardy is in custody and agrees that the defense will not be hindered or prejudiced by the delay.

8. There are no other defendants in this case.

Based on the foregoing findings, the court concludes that failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial.

/

/

/

/

/

THEREFORE, the 3-day Jury Trial previously scheduled to begin on May 2, 2025, is hereby continued to the 4th day of August, 2025, at 8:30 a.m.  Accordingly, the time between the filing of the Motion to Continue Jury Trial, April 18, 2025, and the new trial date set forth above, August 4, 2025, is excluded from speedy trial computation for good cause.

DATED this 30th day of April 2025.

BY THE COURT:

_____
JILL N. PARRISH
UNITED STATES DISTRICT COURT JUDGE