SCOTT KEITH WILSON, Federal Public Defender (#7347)
JUSTIN F. KNELL, Assistant Federal Public Defender (#15182)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: justin_knell@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT BUCKLEY HARDY, <br><br> Defendant. | **STIPULATED MOTION TO CONTINUE JURY TRIAL** <br><br><br> Case No. 2:25-cr-00040-JNP |

Defense counsel moves to continue the jury trial currently scheduled in this matter for 90-days and exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and DUCrimR 12-1(l), from the date of this motion to the next trial setting. Defense counsel seeks a continuance under 18 U.S.C. § 3161(h)(7)(A), which allows this court to grant a motion to continue if it finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Defense counsel bases this motion on the following grounds and procedural history:

1. Mr. Hardy appeared before Magistrate Ceceilia Romero for his initial appearance and arraignment on the pending indictment on February 25, 2025. A three-day jury trial was

scheduled for May 2, 2025, which was within the time the Speedy Trial Act permitted.

2. Defense counsel motioned for review of Mr. Hardy's detention. Dkt. No. 42 (sealed). The government stipulated to Mr. Hardy's release based on the proposed release plan, which included a regimen of mental health treatment tailored to insulate Mr. Hardy from destabilization that normally attends pretrial custody. Dkt. No. 43.

3. Judge Cecilia Romero granted Mr. Hardy's request for release based on these factors. Dkt. No. 46.

4. This is Mr. Hardy's fifth request for a continuance of the trial in this matter and is made in good faith and not merely for the purpose of delay.

5. Supporting facts for this motion are as follows:

    a. Mr. Hardy is maintaining an objection to the trial continuance. Defense counsel is still navigating and attempting to resolve the manifold issues relating to Mr. Hardy's mental health concerns.

    b. Mr. Hardy is currently doing well on his release conditions and pretrial supervision.

    c. The parties are also in the process of further ongoing negotiations.

6. Counsel for the government, Carlos A. Esqueda, has been contacted and stipulates to a continuance based on the foregoing bases.

7. There are no co-defendants in this case.

Accordingly, failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, accounting for the exercise of due diligence based on the foregoing representations. Therefore, the ends of justice served by such continuance outweigh the best interests of the public and defendant in a speedy trial.  The 90-day continuance

sought will extend the trial date, plea, and motion deadlines by the same time-interval.

CONCLUSION

For the reasons set forth herein, defense counsel respectfully requests a continuance of the trial set for July 6, 2026, for 90-days, and requests that the time between the filing of this motion and the new trial date be excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 25th day of June 2026.

/s/ *Justin F. Knell*
JUSTIN F. KNELL
Assistant Federal Public Defender