IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT BUCKLEY HARDY,<br>Defendant. | **ORDER CONTINUING TRIAL AND EXCLUDING TIME FROM SPEEDY TRIAL CALCULATIONS**<br><br>Case No. 2:25-cr-00040-JNP |

Based on the Motion to Continue Jury Trial filed by Defendant, in the above-entitled case, and for good cause appearing, the court makes the following findings:

1. Mr. Hardy appeared before the court for his initial appearance and was originally arraigned on February 25, 2025, before Magistrate Judge Cecilia M. Romero. A three-day Jury Trial was scheduled for May 2, 2025, which was within the time allowed under the Speedy Trial Act.
2. Defense counsel has moved to continue trial pursuant to 18 U.S.C. § 3161(h)(7). This is defense counsel's sixth request for a continuance of the trial in this matter and is made in good faith and not merely for the purpose of delay.
3. The length of the delay requested is 90 days.
4. Specifically, defense counsel alleged that the continuance is necessary because not granting the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence.

5. The supporting facts for this motion are as follows:

   a. Mr. Hardy is maintaining an objection to the trial continuance. Defense counsel is still navigating and attempting to resolve the manifold issues relating to Mr. Hardy's mental health concerns.

   b. Mr. Hardy is currently in compliance with his release conditions and pretrial supervision. Mr. Hardy is currently programming with JSS and in compliance with his treatment regimen.

   c. Mr. Hardy is in compliance with his release conditions and pretrial supervision.

   d. The parties are actively involved in the process of negotiation based on Mr. Hardy's circumstances and the evidence in the case.

6. Counsel for the government, Carlos A. Esqueda, has been contacted and stipulates to a continuance based on the foregoing bases.

7. There are no co-defendants in this case.

Based on the foregoing findings, the court concludes that failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation, and accounting for the exercise of due diligence. Therefore, the ends of justice served by a continuance outweigh the best interests of the public and Defendant in a speedy trial.

THEREFORE, the 3-day Jury Trial previously scheduled to begin on October 5, 2026, is hereby continued to the _____ day of ____________________, 2027, at 8:30 a.m. Accordingly, the time between the filing of the Motion to Continue Jury Trial, and the new trial date set forth

above, is excluded from the speedy trial computation for good cause.

DATED this ____ day of October 2026.

BY THE COURT:

______________________________________
JILL N. PARRISH
United States District Court Judge